UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TIMOTHY MERRITT    Plaintiff(s)  )
                                 )
        vs.                      )
                                 )
RENSSELAER SHERIFF'S  Defendant(s) )
DEPARTMENT                       )

FILED
NOV 18 2015
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Civil Case No.: 1:15-CV-1367

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ____ JURY   ____ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: TIMOTHY MERRITT

   Address: 90 WESTERLO STREET #3

   ALBANY NEW YORK 12202

Additional Plaintiffs may be added on a separate sheet of paper.

3. a.  Defendant: RENSSELAER SHERIFF'S DEPARTMENT

   Official Position: _____

   Address: 4000 MAIN STREET

   TROY NEW YORK 12180

b.  Defendant: _____

Official Position: _____

Address: _____
_____
_____

c.  Defendant: _____

Official Position: _____

Address: _____
_____
_____

Additional Defendants may be added on a separate sheet of paper.

4.  **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

July 4TH 2015 Sheriff's Department stopped me for a DWI they than beat me up fractused my skull with my eye close and gave me a black eye. When we arrived at the station they told the nurse to pull the prongs from the tazer out of my back. But I was never tazed. They took to Troy Hospital and they didn't have the resources to take care of me so I was than sent to Albany Med. To do xrays thats where I found out they fractured my skull from being struck with a "black jack"

5.                                    **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Beat me up fractured my skull and gave me a black eye with a black jack close eye

### SECOND CAUSE OF ACTION

### THIRD CAUSE OF ACTION

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11-13-15

_Timothy Merritt_
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

Sworn to before me November 13, 2015 at Willard DTC _Ellen DuPree_

Ellen DuPree
Notary Public, State of New York
Registration No. 01GL6059621
Qualified in Onondaga County
Commission Expires 5-29-2019